# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV276

| | |
|---|---|
| TRAVIS MAUNEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DON KING, individually, in his capacity )<br>as an agent of Defendant Rutherford )<br>County Board of Education; )<br>DR. DONNA PETERS, individually and )<br>in his capacity as an agent of Defendant )<br>Rutherford County Board of Education; )<br>RUTHERFORD COUNTY BOARD OF )<br>EDUCATION; and RUTHERFORD )<br>COUNTY BOARD OF COMMISSIONERS, )<br>)<br>Defendants. )<br>_____) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court for dismissal.

The Plaintiff having failed to respond to the Court's Show Cause Order filed February 7, 2006,

**IT IS, THEREFORE, ORDERED** that this matter is hereby **DISMISSED** for Plaintiff's failure to prosecute.

Signed: March 1, 2006

Lacy H. Thornburg
United States District Judge